## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

3MB CAPITAL, LLC,

      Plaintiff,

vs.

TECHNOLOGY INSURANCE COMPANY,
INC.,

      Defendant.

CASE NO: 1:17-cv-00430

JUDGE DONALD NUGENT

MAGISTRATE JONATHAN GREENBERG

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff 3MB Capital, LLC and Defendant Technology Insurance Company, Inc., by and through counsel, hereby stipulate and agree to the dismissal of this action with prejudice as the parties have reached a settlement.  The court to retain jurisdiction for any post-settlement disputes.  Each party to bear its own costs.

Stipulated and Agreed this 13th day of April, 2017:

*/s/John P. Colan (per email authority 4/10/17)*
Thomas D. Robenalt (0055960)
John P. Colan (0081778)
THE ROBENALT LAW FIRM, INC.
23550 Center Ridge Road, Suite 103
Westlake, Ohio 44145
(T) 216 223-7535
(F) 216-307-2352
E-mail: trobenalt@robenaltlaw.com
      jcolan@robenaltlaw.com

*Counsel for Plaintiff, 3MB Capital, LLC*

*/s/Diana H. Givand*
Peter J. Georgiton (0075109)
Diana H. Givand (0085342)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH  43215
(T) 614-628-6880
(F) 614-628-6890
peter.georgiton@dinsmore.com
diana.givand@dinsmore.com

*Attorneys for Defendant Technology Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2017, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket system.

*/s/Diana H. Givand*
Diana H. Givand (0085342)

11216182v1