UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 3MB CAPITAL, LLC., | ) | Case No. 1:17 cv 430 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| TECHNOLOGY INSURANCE COMPANY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __May 3, 2017_____